IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DARLENE S. BEDSWORTH,<br>    Plaintiff | : |
| v. | : CIVIL NO. AMD 02-145 |
| SOMERSET COUNTY ECONOMIC<br>DEVELOPMENT COMMISSION and<br>BOARD OF COUNTY<br>COMMISSIONERS for SOMERSET<br>COUNTY, MARYLAND,<br>    Defendants | : |

...oOo...

ORDER

For the reasons set forth in the foregoing Memorandum, it is this 14th day of February, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)  That defendants' motion to dismiss or for summary judgment is GRANTED IN PART AND DENIED IN PART and ALL FEDERAL CLAIMS ARE DISMISSED WITH PREJUDICE; and it is further ORDERED

(2)  That THIS CASE IS FORTHWITH REMANDED TO THE CIRCUIT COURT FOR SOMERSET COUNTY, MARYLAND; and it is further ORDERED

(3)  That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum to the attorneys of record.

/s/ Andre M. Davis
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE



